Rachael Langston, Cal. SBN 257950
Alexis Alvarez . Cal. SBN 281377
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:(415) 864-8848
Facsimile: (415) 593-0096
Emails:   rlangston@las-elc.org
          aalvarez@las-elc.org

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
11/18/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ____GR____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD STEELE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Delaware Corporation,<br><br>    Defendant. | Case No. 2:16-cv-4573-RSWL-RAO<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

Based upon the agreement of the parties, and the Court finding good cause, IT IS HEREBY ORDERED THAT the parties' Stipulated Protective Order attached hereto as **Exhibit A** is GRANTED and entered as an Order of the Court.

//

//

1   IT IS SO ORDERED.

2

3   Dated: November 18, 2016

4   _____
    United States District Judge/Magistrate
5   Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28